NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MARTIN MILLS,**
*Petitioner,*

v.

**PENTAGON FORCE PROTECTION AGENCY,**
*Respondent.*

---

2010-3189

---

Petition for review of an arbitrator's decision in 07-54252A by William A. Babiskin.

---

**ON MOTION**

---

**ORDER**

Upon consideration of the Pentagon Force Protection Agency's motion for a 30-day extension of time, until April 6, 2011, to file its response brief,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

__MAR 0 3 2011__
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Stephen G. DeNigris, Esq.
    Tara K. Hogan, Esq.

s21

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 03 2011

JAN HORBALY
CLERK